NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Graham B. LippSmith, SBN 221984
Celene Chan Andrews, SBN 260267
KASDAN LIPPSMITH WEBER TURNER LLP
360 East 2nd Street, Suite 300
Los Angeles, CA 90012
Tel: (213) 254-4800

ATTORNEY(S) FOR: Plaintiff KEVIN NGAI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEVIN NGAI, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

FAIRLIFE, LLC, a Delaware limited liability company; THE COCA-COLA COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendant(s)

CASE NUMBER:

2:19-cv-08148

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff KEVIN NGAI or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kevin Ngai | Plaintiff |
| Fairlife, LLC | Defendant |
| The Coca-Cola Company | Defendant |

9/19/2019
Date

/s/ Graham B. LippSmith
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff KEVIN NGAI

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES